# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 31, 2017

Stephen J. Markman,
Chief Justice

153385 (33)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                        SC:  153385
                                        COA:  330823
                                        Wayne CC:  14-010550-FC

ANTRELL VONIQUE BROWN,
      Defendant-Appellant.

_____/

       On order of the Court, the motion for reconsideration of this Court's January 31, 2017 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

       WILDER, J., did not participate because he was on the Court of Appeals panel.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 31, 2017



t0522

                                     Clerk